No. 247. NATIONAL LABOR RELATIONS BOARD *v.* MID-CONTINENT PETROLEUM CORP. C. A. 6th Cir. Certiorari denied. *Acting Solicitor General Stern* and *George J. Bott* for petitioner.

No. 248. SCHWEGMANN BROTHERS GIANT SUPER MARKET ET AL. *v.* ELI LILLY & Co. C. A. 5th Cir. Certiorari denied. *John Minor Wisdom* and *Saul Stone* for petitioners. *Everett I. Willis* for respondent.

No. 250. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. *v.* LEARY. C. A. 1st Cir. Certiorari denied. *Paul F. Perkins* and *Charles W. Bartlett* for petitioner. *Thomas J. O'Neill* and *John V. Higgins* for respondent.

No. 252. UNIVERSAL MANUFACTURING Co. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 10th Cir. Certiorari denied. *J. L. London* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes* and *Earl W. Kintner* for respondent.

No. 253. BUSH TERMINAL BUILDINGS Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Holt S. McKinney* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Cecelia H. Goetz* for respondent.

No. 255. STRICKLAND TRANSPORTATION Co., INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Frank A. Leffingwell* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.